## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **CIVIL ACTION NO. 1:05-CV-1778** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **NORMAN A. RUBY and SHERRI A. RUBY**, | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 1st day of December, 2005, upon consideration of the motion (Doc. 4) "for service by posting property and certified mail," in which plaintiff avers that it has been unable to locate mortgagee-defendants to effect service of the complaint in this case for the foreclosure of the real property located at 417 South Plum Street, Mount Joy, Pennsylvania, and it appearing that Pennsylvania law provides for alternative methods for effecting service in *in rem* actions, see FED. R. CIV. P. 4(e) ("[S]ervice upon an individual . . . may be effected . . . pursuant to the law of the state in which the district court is located . . . ."), and that under the circumstances *sub judice* service may be effected by posting a copy of the original complaint on the property at issue or by sending the complaint by registered mail to the defendant's last-known address, see PA. R. CIV. P. 410(c)(2,3) (governing service in real property actions), see also id. at 430 (service pursuant to special order of court), it is hereby ORDERED that:

1. The motion (Doc. 4) "for service by posting property and certified mail" is GRANTED.

2. Plaintiff shall post a copy of the original complaint and summons on the most public part of the property located at 417 South Plum Street, Mount Joy, Pennsylvania.

3. Plaintiff shall send, by certified mail, the notice of sale to defendants at defendants' last known address.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge