# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:05-CV-1778** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **NORMAN A. RUBY and SHERRI A. RUBY,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of July, 2006, upon consideration of plaintiff's suggestion of bankruptcy (Doc. 5), averring that the bankruptcy filed by defendants on December 6, 2001 has been reinstated and requesting a deferral of the above-captioned action until the conclusion of the bankruptcy proceedings, it is hereby ORDERED that:

1. The suggestion of bankruptcy (Doc. 5) is CONSTRUED as a motion to stay proceedings and is GRANTED as so construed.

2. Proceedings in the above-captioned action are STAYED.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes only.

4. Plaintiff shall file a status report, including a copy of the applicable U.S. Bankruptcy Court docket(s), on or before August 1, 2006, and on or before the first day of each February and August thereafter until the conclusion of the bankruptcy proceedings, and shall also file a status report within thirty (30) days of the conclusion of the bankruptcy proceedings. Failure to comply with this paragraph may result in the dismissal of this case. See FED. R. CIV. P. 41(b).

　　　　　　　　　　　　　　　　　　　　 /s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　United States District Judge