**UNITED STATES DISTRICT COURT**
**FOR THE Middle DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>v.<br><br>NORMAN A. RUBY<br>SHERRI A. RUBY<br><br>    Defendant(s) | Civil Action No: 05-1778 |

*FILED*
*HARRISBURG*
*AUG 10 2006*
*MARY E. D'ANDREA, CLERK*
*Per_____ Deputy Clerk*

**ORDER TO DISCONTINUE AND END**

The above captioned matter shall be marked discontinued and ended. This matter may be marked closed for statistical purposes.

By the Court

_____ 8/10/06
         J.